*Gilpin,* att'y. gen'l. for the State.

*Smithers,* for the defendant.

—➤»)❶❸❻«‹—

## THE STATE *vs.* ELIAS HANDY, n,

### Age of criminal capacity.

New Castle, Nov. sessions, 1845. The defendant was indicted for an assault on Amanda Smith with intent to ravish her. The prisoner was a boy between fourteen and fifteen years of age, and was proved to have assaulted a child of seven or eight years old with the intent charged.

*Janvier,* for the defence, insisted that the jury could not convict the prisoner unless they were satisfied that he had the physical capacity to commit a rape.

*The Court* defined a rape to be the carnal knowledge of a woman, above the age of ten years, against her will; or of a female child, under the age of ten years, with or against her will; the law considering her incapable of consent. A boy under the age of fourteen years, is deemed by law incapable of committing a rape; and such a person could not be convicted of the offence of an assault with that intent; but, after fourteen years, he would be presumed capable, unless something appeared to the contrary.

The prisoner was convicted.